

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2018

No. 04-18-00092-CR

Michael Lewis **ARCE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 17-2118-CR-C
Honorable William Old, Judge Presiding

## O R D E R

     Court reporter Patricia Wagner has filed a notification of late reporter's record, requesting an extension to August 29, 2018. Her request is GRANTED. We ORDER Patricia Wagner to file the reporter's record on or before August 29, 2018. NO FURTHER EXTENSIONS WILL BE GRANTED. If Patricia Wagner does not file the reporter's record by that date, an order may be issued directing her to show cause why she should not be held in contempt.

_____
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2018.

_____
Keith E. Hottle
Clerk of Court